W/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 MAR 20 P 1:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BRUCE ERIC HALL )
─────────────────────── )
Full name and prison name of )
Plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:14-CV-196 MEF-CSC
 )  (To be supplied by Clerk of U.S. District
WARDEN PHYLLIS BILLUPS )  Court)
ASSIST. STEWARD S. KENNEDY )
DEPUTY WARDEN JOHN CROW )
CO 1 ELLOITT KELLY )
CO 1 SIMMON AKA SRAPPY )
─────────────────────── )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☒

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____ N/A _____

           _____

           Defendant(s) _____ N/A _____

           _____

       2.  Court (if federal court, name the district; if state court, name the county)
           _____ N/A _____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. PLACE OF PRESENT CONFINEMENT 3520 MARION SPILLWAY RD ELMORE COUNTY CORRECTIONAL, ELMORE, ALABAMA 36025

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED 2828 ALA.HWY. 143 DRAPER CORRECTIONAL FACILITY, ELMORE, ALABAMA 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                           ADDRESS

1. WARDEN PHYLLIS BILLUPS P.O.BOX 125 MT.MEIGS, AL 36057
2. ASSIST. STEWARD SUSAN KENNEDY 2828 ALA.HWY.143 ELMORE, AL 36025
3. DEPUTY WARDEN JOHN CROW 2828 ALA.HWY.143 ELMORE, AL 36025
4. COO1 ELLOITT KELLY 2828 ALA. HWY.143 ELMORE AL 36025
5. CO1 SIMMON AKA (SRAPPY) 2828 ALA.HWY.143 ELMORE, AL 36025
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED DECEMBER 18, 2013

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   CRUEL AND UNUSUAL PUNISHMENT

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON THE 18th DAY OF DECEMBER 2012 AT APPROXIMATELY 2:40 P.M. AT DRAPER PRISON IN ELMORE, ALA., IN THE DINNING HALL, THEN... DEPUTY WARDEN PHYLLIS BILLUPS SLAPPED ME THREE (3) CONSECUTIVE TIMES IN MY FACE, AND THEN SHE CHOKED ME AROUND MY NECK WHILE CORR. OFC. E.KELLY HELD ONTO MY RIGHT ARM; CORR.OFC. ~~GROUND TWO~~ SIMMON AND CAPT.CROW LOOK ON!!!

GROUND TWO: EXCESSIVE USE OF FORCE WITHOUT THE SLIGHTEST PROVOCATION BY THE PLAINTIFF!

SUPPORTING FACTS: ON DECEMBER 18th, 2012, AT 2:40 P.M. DEPUTY WARDEN PHYLLIS BILLUPS WENT BEYOND THE ALABAMA DEPARTMENT OF CORRECTIONS "HANDS OFF POLICY" AND REPEATEDLY SLAPPED ME IN MY FACE WICKEDLY AND THEN SHE CHOKED INMATE HALL WITHOUT ONE JUSTIFABLE REASON WHILE CORR. OFC. E.KELLY HELD MY RIGHT ARM AND CORR. OFC. SIMMON AND CAPT.CROW LOOK ON!

GROUND THREE: ASSIST. STEWARD SUSAN KENNEDY DID CAUSE THIS ASSAULT TO HAPPEN TO ME BY GIVING FALSE INFORMATION TO HER SUPERIOR OFFICER WARDEN PHYLLIS BILLUPSS.

SUPPORTING FACTS: ASSIST. STEWARD S.KENNEDY WAS THE MAIN CAUSE OF MY CONSTITUTIONAL RIGHTS BEING VIOLATED BY DRAPER PRISON's CORRECTIONAL OFFICIALS WHEN SHE MADE FALSE STATEMENTS THAT SHE DIDN'T ALLOW ME TO MAKE "PIG-IN A-BLANKET" AND ALLEGE THAT I WAS ACTING WITHOUT HER APPROVAL WHICH LED TO DEPUTY WARDEN PHYLLIS BILLUPS ASSAULT ON ME WHILE OTHER OFFICERS EITHER PARTICIPATED AND OR WATCHED IT HAPPEN.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

AT ALL TIMES JERMAINE TO THE FACTS OF THIS COMPLAINT EACH DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW, WHEREFORE THESE DEFENDANT(S) ARE BEING SUED IN THEIR INDIVIDUAL CAPACITIES AS WELL AS IN THEIR OFFICIAL CAPACITY: AS TO OFFICIAL CAPACITIES I ASK THIS HONORABLE COURT TO APPLY WHATEVER IT FIND JUST WITHIN THE LAW GOVERNING THE DEFENDANT'S ACTING OUT. IN THEIR INDIVIDUAL CAPACITIES THE PLAINTIFF SEEK MONTARIES RELIEF: FOR COMPENSATORY DAMAGES OF FIFTY THOUSAND DOLLARS OF EACH DEFENDANT, AND DECLARATORY DAMAGES OF TWENTY-FIVE THOUSAND DOLLARS EACH DEFENDANT AND TEN THOUSAND EACH PUNITIVE DAMAGES.

*Bruce E. Hall*
Signature of plaintill(s)

I declare under penalty oof perjury that the foregoing is true and correct.
Executed on MARCH 18, 2014         .
            (Date)

*Bruce E. Hall*
Signature of plaintiff

BRUCE ERIC HALL #120305
3520 MARION SPILLWAY ROAD
C- 2 - 1B
ELMORE, ALABAMA 36025

MONTGOMERY AL 360

19 MAR 2014 PM 3 L



IN THE UNITED STATES DISRICT COURT FOR

THE MIDDLE DISTRICT OF ABABAMA

ONE CHURCH STREET , SUITE B - 110

MONTGOMERY , ALABAMA 36104 - 4018

36104401801